UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMAL JOHNSON | CIVIL DOCKET NO. 6:22-CV-00071 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 14] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g)[1] for additional proceedings consistent with the views expressed herein. More particularly, the evidence regarding the loosening of Claimant's lumbar screws and its impact on Claimant's ability to work and pain should be considered, Claimant's subjective complaints of pain should be reevaluated, and a report regarding the impact of Claimant's condition upon his ability to work

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

should be obtained from a treating physician and should be reviewed before a determination of Claimant's eligibility for disability benefits is determined.

THUS, DONE AND SIGNED in Chambers, this 13th day of September 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT